| | |
|---|---|
| 1 JASON EDWARD WAX (WSBA #41944) | HON. WHITMAN L. HOLT |
| BUSH KORNFELD LLP | |
| 2 601 Union Street, Suite 5000 | |
| Seattle, WA 98101 | |
| 3 Tel.: (206) 292-2110 | |
| Facsimile: (206) 292-2104 | |
| 4 Email: jwax@bskd.com | |

ALAN J. KORNFELD (admitted *Pro Hac Vice*)
JAMES W. WALKER (admitted *Pro Hac Vice*)
CIA H. MACKLE (admitted *Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Tel: (310) 277-6910
Facsimile: (310) 201-0760
Emails: akornfeld@pszjlaw.com,
jwalker@pszjlaw.com, cmackle@pszjlaw.com

*Attorneys for the Plaintiffs*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br>ICAP ENTERPRISES INC., *et al.*<br>　　　　　　　　Debtors. | Chapter 11<br>Lead Case No. 23-01243-WLH11<br>Jointly Administered |
| Lance Miller and Seth Freeman as Co-Trustees for the iCap Trust,<br>　　Plaintiffs,<br>v.<br>Chris Christensen, Jim Christensen, Oceanaire, LLC, Invalus, LLC, and Sunset Terrace WA, LLC<br>　　Defendants. | Adv. Pro. No. 25-80095-WLH<br><br>**SUMMONS SERVICE EXECUTED [JIM CHRISTENSEN]** |

**SUMMONS SERVICE EXECUTED**
**[Jim Christensen]**

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

BUSH KORNFELD LLP
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

4913-3803-9152.1 39502.00002

25-80095-WLH    Doc 4    Filed 10/07/25    Entered 10/07/25 12:34:25    Pg 1 of 2

PATRICIA JEFFRIES, declares:

1. I am an employee of Pachulski Stang Ziehl & Jones LLP. I am a citizen of the United States, over the age of 18, and competent to make this declaration.

2. On October 6, 2025, I caused to be served via U.S. First Class Mail, the following documents in the above-referenced matter

    a. Summons;

    b. Complaint;

    c. Notice of Scheduling Conference; and

    d. ADR Form 2 - Certificate of Compliance with LBT 9019-2.

upon defendant, Jim Christensen ("**Defendant**"):

    Jim Christensen
    30405 SE 84th Street #513
    Preston, WA 98050-9816

3. I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

DATED this 7th day of October at Penngrove, California.

    /s/ *Patricia Jeffries*
    Patricia Jeffries

**SUMMONS SERVICE EXECUTED**
**[Jim Christensen]**

Page - 1

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

BUSH KORNFELD LLP
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

25-80095-WLH    Doc 4    Filed 10/07/25    Entered 10/07/25 12:34:25    Pg 2 of 2