**Dated: March 31st, 2026**

Whitman L. Holt
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>ICAP ENTERPRISES, INC. *et al.*<br><br>Debtors. | Chapter 11<br><br>Lead Case No. 23-01243-WLH11<br>Jointly Administered |
| Lance Miller and Seth Freeman as Co-Trustees of the iCap Trust,<br><br>Plaintiffs,<br><br>v.<br><br>Jim Christensen, Oceanaire, LLC,<br>Invalus, LLC, and Sunset Terrace WA, LLC<br><br>Defendants. | Adv. Pro. No. 25-80095-WLH<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY ADVERSARY PROCEEDING** |

This matter came before the court on Plaintiffs Lance Miller and Seth Freeman as co-trustees of the iCap Trust's ("Plaintiffs") and Defendants Jim Christensen, Invalus, LLC, and Sunset Terrace WA, LLC's ("Defendants") Stipulated Motion to Stay Adversary Proceeding (the "Stipulated Motion").

It is ORDERED that the Stipulated Motion [ECF No. 15] is granted and the parties' stipulation contained therein is approved.

Pursuant to the parties' stipulation, (i) all proceedings in this case are stayed until August 28, 2026, (ii) no Party may propound any discovery during the Stay Period, (iii) nothing in this Order precludes Defendants from filing a motion seeking to extend the Stay Period without the consent of Plaintiffs, and (iv) Defendants must file and serve their response to the Complaint no later than 14 days after the expiration of the Stay Period.

///~End of Order~///

Presented by

BUSH KORNFELD LLP
and
PACHULSKI STANG ZIEHL & JONES LLP

By:  */s/ Jason Wax*
    Jason Wax, WSBA #41944
    Counsel for Plaintiffs Lance Miller
    and Seth Freeman as Co-Trustees of
    the iCap Trust

and

HILLIS CLARK MARTIN & PETERSON P.S.

By : */s/ Michael E. Schmidt*
    Brian C. Free, WSBA #35788
    Michael E. Schmidt, WSBA #56883

    *Limited-purpose counsel for Defendants Jim Christensen,*
*Invalus, LLC, and Sunset Terrace WA, LLC*

\* Changes made by court

| ORDER GRANTING STIPULATED | PACHULSKI STANG | BUSH KORNFELD LLP |
|---|---|---|
| MOTION TO STAY PROCEEDINGS | ZIEHL & JONES LLP | LAW OFFICES |
| CASE NO.: 2:25-cv-01943 | 10100 Santa Monica Blvd., 13th Flr. | 601 Union St., Suite 5000 |
| | Los Angeles, CA 90067 | Seattle, WA 98101-2373 |
| | Telephone: (310) 277-6910 | Telephone (206) 292-2110 |
| | Facsimile: (310) 201-0760 | Facsimile (206) 292-2104 |

25-80095-WLH   Doc 17   Filed 04/01/26   Entered 04/01/26 11:11:16   Pg 2 of 2